JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN K. M., an Individual, | Case No. 2:21-07556 ADS |
| Plaintiff, | |
| v. | JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order, the Court adjudges that the decision of the Commissioner of Social Security is affirmed, and this action is dismissed with prejudice.

DATED: December 30, 2022         /s/ Autumn D. Spaeth
                                                    THE HONORABLE AUTUMN D. SPAETH
                                                    United States Magistrate Judge